Raymond T. KOLINSKE
Plaintiff—Appellant

v.

COMMISSIONER OF SOCIAL
SECURITY Defendant—
Appellee

No. 00–1055.

United States Court of Appeals,
Sixth Circuit.

Feb. 2, 2001.

Before DAUGHTREY and GILMAN, Circuit Judges; HEYBURN, District Judge.*

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof.

It is ORDERED that the judgment of the district court be, and it hereby is, AFFIRMED for reasons as stated from the bench.